John P. Kristensen (SBN 224132)
Jesenia A. Martinez (SBN 316969)
**CARPENTER & ZUCKERMAN**
8827 W. Olympic Blvd.
Beverly Hills, California 90211
Telephone: 310-507-7924
Facsimile: 310-858-1063
*kristensen@cz.law*
*jmartinez@cz.law*

*Attorneys for Plaintiffs*

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMECIA TAYLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>2800 WALNUT, LLC dba FANTASY CASTLE, a California limited liability company; CHARLES WESTLUND, JR, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive,<br><br>Defendants. | Case No.: 8:21-cv-01995-DOC-JDE<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT CHARLES "JERRY" WESTLUND, JR.** |

**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT CHARLES "JERRY" WESTLUND, JR.**

– 1 –

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with Federal Rule of Civil Procedure 4, attached hereto as "Exhibit 1" is a true and correct copy of the proof of service of the Summons, Complaint, and other case initiating documents upon defendant Charles "Jerry" Westlund, Jr.**,** which was served via personal service on December 20, 2021. Defendant Charles "Jerry" Westlund, Jr.'s deadline to file a responsive pleading is January 10, 2022.

Respectfully submitted,

Dated: December 29, 2021   **CARPENTER & ZUCKERMAN**

*/s/ John P. Kristensen*
John P. Kristensen
Jesenia A. Martinez
***Attorneys for Plaintiffs***

---

**PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT CHARLES "JERRY" WESTLUND, JR.**
− 2 −

## **CERTIFICATE OF SERVICE**

    I certify that on Wednesday, December 29, 2021 a true and correct copy of the attached **PLAINTIFF'S NOTICE OF PROOF OF SERVICE OF SUMMONS, COMPLAINT, AND OTHER CASE INITIATING DOCUMENTS TO DEFENDANT CHARLES "JERRY" WESTLUND, JR.** was served via Email upon the following parties pursuant to Rule 5 of the Federal Rules of Civil Procedure:

Devon M. Lyon
**LYON LEGAL, P.C.**
2698 Junipero Avenue, Suite 201A
Signal Hill, California 90755
Email: d.lyon@lyon-legal.com

*Counsel for Defendants*

                                                      */s/ John P. Kristensen*
                                                        John P. Kristensen