# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMECIA TAYLOR, et al., | Case No.: 8:21-cv-1995-DOC-JDE |
| Plaintiffs, | **COLLECTIVE ACTION** |
| vs. | **JUDGMENT IN FAVOR OF PLAINTIFF MAKAYLA MILLS** |
| 2800 WALNUT, LLC dba FANTASY CASTLE, a California limited liability company; CHARLES WESTLUND, JR, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | Complaint Filed: December 7, 2021 |
| Defendants. | |

On June 24, 2022, defendants 2800 Walnut, LLC dba Fantasy Castle ("Fantasy Castle") and Charles Westlund, Jr. ("Westlund") served Plaintiff Makayla Mills with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $18,888.89, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Mills' action. On June 27, 2022, Plaintiff accepted the offer. *See* Dkt. 33.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff Makayla Mills shall have and recover from defendants Fantasy Castle and Westlund, jointly and severally, the total sum of EIGHTEEN THOUSAND EIGHT HUNDRED EIGHTY-EIGHT U.S. DOLLARS and EIGHTY-NINE CENTS ($18,888.89) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Mills' action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff Makayla Mills and against defendants Fantasy Castle and Westlund for the total sum of EIGHTEEN THOUSAND EIGHT HUNDRED EIGHTY-EIGHT U.S. DOLLARS and EIGHTY NINE CENTS ($18,888.89), inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Mills' action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants Fantasy Castle and Jerry Westlund only.

**IT IS SO ORDERED.**

Dated: July 12, 2022

*[signature: David O. Carter]*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE