1

2

3

4

5

6

7

8

**THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION**

9

10

AMECIA TAYLOR, et al.,

11

                                  Plaintiffs,

12

            vs.

13

14

2800 WALNUT, LLC dba
FANTASY CASTLE, a California

15

limited liability company;
CHARLES WESTLUND, JR, an

16

individual; DOE MANAGERS 1- 3;

17

and DOES 4-10, inclusive,

18

                                  Defendants.

19

20

21

22

23

24

) Case No.: 8:21-cv-1995-DOC-JDE
)
) **COLLECTIVE ACTION**
)
) **JUDGMENT IN FAVOR OF**
) **PLAINTIFF AMECIA TAYLOR**
)
) Complaint Filed:  December 7, 2021
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

25

26

27

28

1       On June 24, 2022, defendants 2800 Walnut, LLC dba Fantasy Castle

2  ("Fantasy Castle") and Charles Westlund, Jr. ("Westlund") served Plaintiff Amecia

3  Taylor with a <u>Fed. R. Civ. P. 68</u> Offer of Judgment in this action in the amount of

4  $75,555.56, inclusive of reasonable attorneys' fees and costs, in connection with

5  the prosecution of Taylor's action. On June 27, 2022, Plaintiff accepted the offer.

6  *See* <u>Dkt. 34</u>.

7       In accordance with the Offer of Judgment and Notice of Acceptance,

8  Plaintiff Amecia Taylor shall have and recover from defendants Fantasy Castle and

9  Westlund, jointly and severally, the total sum of SEVENTY-FIVE THOUSAND

10  FIVE HUNDRED FIFTY-FIVE and FIFTY-SIX CENTS ($75,555.56) inclusive

11  of reasonable attorneys' fees and costs, in connection with the prosecution of

12  Taylor's action.

13       Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is

14  entered for Plaintiff Amecia Taylor and against defendants Fantasy Castle and

15  Westlund for the total sum of SEVENTY-FIVE THOUSAND FIVE HUNDRED

16  FIFTY-FIVE and FIFTY-SIX CENTS ($75,555.56), inclusive of reasonable

17  attorneys' fees and costs, in connection with the prosecution of Taylor's action,

18  with interest at the legal rate, per annum from the date of the entry of this

19  Judgment, against defendants Fantasy Castle and Jerry Westlund only.

20       **IT IS SO ORDERED.**

21

22    Dated: July 12, 2022

23                        HONORABLE DAVID O. CARTER

24                        UNITED STATES DISTRICT JUDGE

25

26

27

28