JS 6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| AMECIA TAYLOR, et al., | Case No.: 8:21-cv-1995-DOC-JDE |
| Plaintiffs, | **COLLECTIVE ACTION** |
| vs. | **JUDGMENT IN FAVOR OF PLAINTIFF LEANILLA HUNTER** |
| 2800 WALNUT, LLC dba FANTASY CASTLE, a California limited liability company; CHARLES WESTLUND, JR, an individual; DOE MANAGERS 1- 3; and DOES 4-10, inclusive, | Complaint Filed: December 7, 2021 |
| Defendants. | |

On June 24, 2022, defendants 2800 Walnut, LLC dba Fantasy Castle ("Fantasy Castle") and Charles Westlund, Jr. ("Westlund") served Plaintiff Leanilla Hunter with a Fed. R. Civ. P. 68 Offer of Judgment in this action in the amount of $75,555.56, inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Hunter's action. On June 27, 2022, Plaintiff accepted the offer. *See* Dkt. 35.

In accordance with the Offer of Judgment and Notice of Acceptance, Plaintiff Leanilla Hunter shall have and recover from defendants Fantasy Castle and Westlund, jointly and severally, the total sum of SEVENTY-FIVE THOUSAND FIVE HUNDRED FIFTY-FIVE and FIFTY-SIX CENTS ($75,555.56) inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Hunter's action.

Accordingly, it is **ORDERED AND ADJUDGED** that a Final Judgment is entered for Plaintiff Leanilla Hunter and against defendants Fantasy Castle and Westlund for the total sum of SEVENTY-FIVE THOUSAND FIVE HUNDRED FIFTY-FIVE and FIFTY-SIX CENTS ($75,555.56), inclusive of reasonable attorneys' fees and costs, in connection with the prosecution of Hunter's action, with interest at the legal rate, per annum from the date of the entry of this Judgment, against defendants Fantasy Castle and Jerry Westlund only.

**IT IS SO ORDERED.**

Dated: July 12, 2022

*/s/ David O. Carter*
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE